CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

June 18, 2026

LAURA A. AUSTIN, CLERK
BY: s/J.Vasquez
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

| | |
|---|---|
| **EARNEST DURAN CARSON, JR.,**<br>    **Plaintiff,** | **Civil Action No. 7:26-cv-00371** |
| **v.** | **MEMORANDUM OPINION** |
| **CAPTAIN ELLIOT, et al.,**<br>    **Defendant(s).** | **By:  Thomas T. Cullen**<br>**United States District Judge** |

Plaintiff, who is proceeding pro se, filed a civil rights complaint under 42 U.S.C. § 1983. Plaintiff did not prepay the filing costs or submit the information required to proceed in forma pauperis under 28 U.S.C. § 1915(b) in this court, which would permit plaintiff to pay the filing fee through installments from his trust account. By order entered May 6, 2026 , the court directed plaintiff to submit within, 30 days from the date of the order, the consent to withholding of filing fee form in order to complete the application to proceed without the prepayment of the filing fee. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 30 days have elapsed, and plaintiff has failed to comply with the described conditions and has not qualified to proceed in forma pauperis under § 1915(b).  Accordingly, the court will dismiss the action without prejudice and strike the case from the active docket of the court.  Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying

Order to plaintiff.

ENTERED:  June 18, 2026.

United States District Judge